ABRAM MOODY et al., Appellants, *v.* SEABRO CORP., INC., et al., Respondents.

Argued January 14, 1952; decided March 6, 1952.

*James C. Danzilo* and *John L. Danzilo* for appellants.

*John J. Donohue* for Seabro Corp., respondent.

*David L. Glickman* and *Fred J. Munder* for Suffolk County and another, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.